UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cr-00293-MOC-DCK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **JASON HILL,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's Motion to Join in Motions of Co-Defendants. Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Join in Motions of Co-Defendants (#59) is GRANTED.

Signed: June 9, 2014

Max O. Cogburn Jr.
United States District Judge